# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER VALENCIA, <br><br>                          Plaintiff, <br><br> v. <br><br> FLIGHT AVIONICS OF NORTH AMERICA, INC., et al., <br><br>                          Defendants. | Case No.: 20-CV-0430 W (JLB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 9]** |

  Parties have filed a joint motion to dismiss with prejudice.  [Doc. 9.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.  Per the terms of the joint motion, each party is to bear its own fees and costs.

  **IT IS SO ORDERED.**

Dated:  July 21, 2020

_____
Hon. Thomas J. Whelan
United States District Judge